IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § § § |
| VS. | § CRIMINAL NO. H-05-003 |
| | § § § |
| MATT SEIFFERT | § |

**ORDER**

The defendant pleaded guilty to filing a false United States income tax return. He was sentenced to three years of probation. His criminal history included a fraud conviction in 1991.

The defendant has moved for leave to obtain a passport to permit him to travel to Panama and Costa Rica to engage in real estate development. (Docket Entry No. 83). His conditions of probation preclude such travel. He has shown no valid basis for modifying those conditions. The motion is denied.

SIGNED on October 7, 2008, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge